**IT IS ORDERED as set forth below:**



Date: March 1, 2021

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BETHANN ROBINSON, | ) | CASE NO. 12-60863-JRS |
| | ) | |
| DEBTOR. | ) | |

### ORDER REOPENING CASE

This matter arises on the United States Trustee's Motion to Reopen (Dkt. No. 116) (the "Motion"). Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened.*

The United States Trustee is directed to appoint a trustee to serve in this case.

[END OF DOCUMENT]

Prepared by:
s/ *Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
shawna.p.staton@usdoj.gov

DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Bethann Robinson
508 Bradford Town Court
Loganville, GA 30052

Rob Rickman
Rickman & Associates, PC
1755 North Brown Road, Suite 200
Lawrenceville, Georgia 30043

Neil C. Gordon
Arnall, Golden & Gregory, LLP
171 17th Street, NW Suite 2100
Atlanta, GA 30363